WILLIAM GRECA, Appellant, v. DE LUXE DAINTIES, INC., et al., Respondents.— In an action to recover on employment contracts, and for alleged fraud and deceit, order granting defendants' motion for summary judgment, and the judgment entered thereon, reversed on the law and the facts, with $10 costs

and disbursements, and the motion denied, with $10 costs. It is our opinion that triable issues were presented, which should not have been disposed of on motion. Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ., concur. [See *post*, p. 944.]